UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Tiera Holmes,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>National Credit Adjusters, LLC; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Civil Action No.: 10-2940 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 24, 2010

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF, Tiera Holmes

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Mary Marshall Smythe
　　　　　　　　　　　　　　　　　　　　　　　　Mary Marshall Smythe, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　(Bar. No.: 27092)
　　　　　　　　　　　　　　　　　　　　　　　　77 West 85th Street, Apt. 6E
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10024
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　Of Counsel To:

　　　　　　　　　　　　　　　　　　　　　　　　LEMBERG & ASSOCIATES L.L.C.
　　　　　　　　　　　　　　　　　　　　　　　　1100 Summer Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　　　Stamford, CT 06905
　　　　　　　　　　　　　　　　　　　　　　　　Telephone: (203) 653-2250
　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (877) 795-3666

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 24, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Louisiana Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                          By  /s/ Mary Marshall Smythe_____

                                               Mary Marshall Smythe